UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                                                                        CASE NO.: 22-18190-AJC
                                                                                                                                            CHAPTER 13

**Miguel Angel Bolivar,**

    **Debtor.**

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Caliber Home Loans, Inc. ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**6409 CONGRESS AVENUE, SUITE 100**
**BOCA RATON, FL 33487**

                                                Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                                Authorized Agent for Secured Creditor
                                                6409 Congress Avenue, Suite 100
                                                Boca Raton, FL 33487
                                                Telephone: 470-321-7112

                                                By: /s/Giselle Velez
                                                     Giselle Velez
                                                     Email: gvelez@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 27, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

MIGUEL ANGEL BOLIVAR
15501 SW 27TH ST
MIAMI, FL 33185

And via electronic mail to:

JOSE A. BLANCO, P.A.
102 E 49TH ST
HIALEAH, FL 33013

NANCY K. NEIDICH
POB 279806
MIRAMAR, FL 33027

OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE. SUITE 1204
MIAMI, FL 33130

By: /s/ Brianna Carr