UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 22-18190-AJC
CHAPTER: 13

IN RE:

MIGUEL ANGEL BOLIVAR,

    Debtor.
_____/

### LAKE AVILA MASTER HOMEOWNERS ASSOCIATION, INC.'S REQUEST FOR BANKRUPTCY NOTICE

Maryvel De Castro Valdes, Esq., of Siegfried Rivera counsel for **Lake Avila Master Homeowners Association, Inc.,** a secured creditor in the above entitled bankruptcy case, hereby requests that all matters which must be noticed to creditors, and creditors' committees, and any other parties-in-interest, whether sent by the Court, the debtor or any other party in the case, be sent to the undersigned; and requests that the following be added to the Court's Master Mailing List:

LAKE AVILA MASTER HOMEOWNERS ASSOCIATION, INC.
c/o Maryvel De Castro Valdes, Esq.
SIEGFRIED RIVERA
201 Alhambra Circle, Eleventh Floor
Coral Gables, FL 33134
Telephone:  305-442-3334

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing Request for Bankruptcy Notice has been furnished upon all registered users via the Court's CM/ECF notification and Electronic Mail or in some authorized manner on this 1st day of November, 2022 to: Jose A. Blanco, Esq., Jose A. Blanco, P.A., 102 E. 49th Street, Hialeah, Florida 33013 (jose@blancopa.com), and Nancy K. Neidich, Chapter 13 Trustee, POB 279806, Miramar, Florida 33027.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(a).

                                              Siegfried Rivera
                                              Attorneys for Lake Avila Master
                                              Homeowners Association, Inc.
                                              201 Alhambra Circle, Eleventh Floor
                                              Coral Gables, FL 33134
                                              Telephone: 305-442-3334
                                              mvaldes@siegfriedrivera.com

                                  By:    */s/ Maryvel De Castro Valdes, Esq.*
                                                MARYVEL DE CASTRO VALDES, ESQ.
                                                Florida Bar No. 712841