UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 22-18190-AJC
CHAPTER: 13

IN RE:

MIGUEL ANGEL BOLIVAR,

    Debtor.
_____/

**SECURED CREDITOR'S OBJECTION TO CONFIRMATION OF
CHAPTER 13 PLAN [Doc 2]**

Movant, Lake Avila Master Homeowners Association, Inc. ("Association"), a secured creditor, by and through its undersigned attorney, objects to confirmation of the Debtor's Chapter 13 Plan (the "Plan") [Doc 2], and states:

1. Debtor's Plan fails to provide for full payment of secured claim in violation of the requirements of §1325(a)(5).

2. As of the petition date, the Debtor was in arrears with the Association with respect to the payment of assessments. The Association shall be filing a proof of claim in this matter. Association has not accepted the Chapter 13 Plan.

WHEREFORE, Movant, LAKE AVILA MASTER HOMEOWNERS ASSOCIATION, INC. files this objection to confirmation of the Debtor's Chapter 13 Plan and moves the Court to deny confirmation of said Plan.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(a).

Siegfried Rivera
Attorneys for Lake Avila Master
Homeowners Association, Inc.
201 Alhambra Circle, Eleventh Floor
Coral Gables, FL 33134
Telephone: 305-442-3334
mvaldes@siegfriedrivera.com

By:   */s/ Maryvel De Castro Valdes, Esq.*
     MARYVEL DE CASTRO VALDES, ESQ.
     Florida Bar No. 712841

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished upon all registered users via the Court's CM/ECF notification and Electronic Mail or in some authorized manner on this 6th day of December, 2022 to: Jose A. Blanco, Esq., Jose A. Blanco, P.A., 102 E. 49th Street, Hialeah, Florida 33013 (jose@blancopa.com), and Nancy K. Neidich, Chapter 13 Trustee, POB 279806, Miramar, Florida 33027.

By: <u>*/s/ Maryvel De Castro Valdes, Esq.*</u>
MARYVEL DE CASTRO VALDES, ESQ.